UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROMAN ANTATOLEVICH SUROVTSEV,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 1:25-CV-160-H

### ORDER

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The parties dispute whether Surovtsev is a Ukrainian citizen or a stateless person. *See* Dkt. No. 19 at 2 n.1. In addition, the respondents offer the declaration of deportation officer Zachery Hagerty, who states that Immigration and Customs Enforcement "will likely pursue the possibility of third-country removal" if Ukraine declines to issue travel documents to Surovtsev. Dkt. No. 18 at 7.

The Court therefore orders the respondents to file a response, no later than October 9, 2025, addressing the following: (1) whether the government has evidence of Surovtsev's Ukrainian citizenship; (2) if he is stateless, whether his statelessness raises the question of third-country removal; and (3) whether third-country removal is lawful. Surovtsev may file a reply to the response no later than October 23, 2025.

So ordered on September 26, 2025.

                                                      JAMES WESLEY HENDRIX
                                                      UNITED STATES DISTRICT JUDGE