FUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROMAN ANTATOLEVICH SUROVTSEV,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 1:25-CV-160-H |

## **JUDGMENT**

For the reasons stated in the Court's order (Dkt. No. 23), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus and complaint for declaratory and injunctive relief (Dkt. No. 1) is dismissed with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on October 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE